IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN EUGENE WEBER,

        Plaintiff,                       No. CIV S-08-400 JAM KJM P

     vs.

RIPLY BROWN, et al.,

        Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

/

        Plaintiff is a state prison inmate proceeding pro se . Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). However, a court may deny leave to proceed in forma pauperis if it appears from the face of the proposed complaint that the action is frivolous. <u>Minetti v. Port of Seattle</u>, 152 F.3d 1113 (9th Cir. 1998). In determining whether an action is frivolous, the court may "pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989). Such allegations include those "describing fantastic or delusional scenarios, claims with which federal

1

1 district judges are all too familiar." Neitzke, 490 U.S. at 328; see also Denton v. Hernandez,
2 504 U.S. 25, 33 (1992) (finding of frivolousness appropriate when allegations are irrational or
3 wholly incredible).
4       Plaintiff alleges that the defendants, who include "Riply Brown" aka Chopper, the
5 KKK, and people claiming to work for G.W. Bush, have been trying to set him up, have been
6 torturing him psychologically, and have been smearing his name all over the United States. The
7 court finds these claims frivolous.
8       IT IS HEREBY RECOMMENDED that this action be dismissed as frivolous.
9       These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
11 days after being served with these findings and recommendations, plaintiff may file written
12 objections with the court. The document should be captioned "Objections to Magistrate Judge's
13 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
14 specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
15 F.2d 1153 (9th Cir. 1991).
16 DATED: June 3, 2008.

_____
U.S. MAGISTRATE JUDGE

2
webe0400.friv

2